| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JULIE D. GARCIA (CABN 288624)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6758<br>FAX: (415) 436-7234 |
| 8 | Julie.Garcia@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-394 EMC-1 |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| JOSEPH RIVERA, a/k/a "JOEY," and OSCAR VANEGAS, | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on September 13, 2017, that the time between September 13, 2017, and October 23, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). It is further stipulated, as stated on the record at the status conference on October 23, 2017, that the time between October 23, 2017, and November 8, 2017, also be so excluded. Excluding these periods of time will allow the defendant continuity of counsel and will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER EXLUDING TIME
Case No. CR 17-394 EMC-1

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: October 30, 2017 | BRIAN J. STRETCH<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | JULIE D. GARCIA<br>Assistant United States Attorney |
| 6 | DATED: October 30, 2017 | |
| 7 | | |
| 8 | | _____/s/_____<br>CANDIS MITCHELL |
| 9 | | Counsel for Defendant<br>JOSEPH RIVERA |

## [PROPOSED] ORDER

As explained on the record during the September 13, 2017, and October 23, 2017 status conferences, the Court finds that the exclusion of the period from September 13, 2017, through October 23, 2017, and the exclusion of the period from October 23, 2017, to November 8, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/6/17

IT IS SO ORDERED.

Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 17-394 EMC-1