BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 17-393 EMC-1 |
|---|---|
| Plaintiff, | ) NO. CR 17-394 EMC-1 |
| v. | ) |
| JOSEPH RIVERA, a/k/a "JOEY," | ) STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on November 29, 2017, that the time between November 29, 2017, and January 10, 2018, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Particularly in light of defendant's health issues, discussed on the record, excluding this period of time will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: December 6, 2017 | BRIAN J. STRETCH<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | JULIE D. GARCIA<br>Assistant United States Attorney |
| 6 | DATED: December 6, 2017 | |

_____/s/_____
CANDIS MITCHELL
Counsel for Defendant
JOSEPH RIVERA

## [PROPOSED] ORDER

As explained on the record during the November 29, 2017, status conference, the Court finds that the exclusion of the period from November 29, 2017, through January 10, 2018, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 1/8/18

_____
HON. EDWARD CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

ORDER EXLUDING TIME
Case Nos. CR 17-393 EMC-1; CR 17-394 EMC-1