STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Joseph Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Joseph Rivera,**<br><br>Defendants. | Case Number: cr 17cr393-EMC<br>cr 17cr394-EMC<br><br>**Joint Stipulation and [P~~roposed~~]**<br>**Order Continuing Hearing Date**<br><br>Date: January 10, 2018<br>Time: 2:30 p.m. |

## STIPULATION

Defendant Joseph Rivera is currently receiving medical treatment and counsel for both parties seek to continue the status hearing until after Mr. Rivera has undergone medical testing. Accordingly, counsel jointly request a continuance of the presently set status hearing from January 10, 2018, at 2:30 p.m., to **February 28, 2018, at 2:30 p.m.**

Additionally, the parties agree and jointly request that the time between January 10, 2018, and **February 28, 2018**, should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the

ends of justice are served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

Dated: January 9, 2018 /s/ Julie Garcia
JULIE GARCIA
Assistant United States Attorney

Dated: January 9, 2018 /s/ Candis Mitchell
CANDIS MITCHELL
Attorney for Defendant Rivera

# [Proposed] Order

For the reasons stated above, the Court continues the status hearing date from January 10, 2018, at 2:30 p.m., to **February 28, 2018, at 2:30 p.m.**

SO ORDERED.

Dated: 1/9/2018

IT IS SO ORDERED
Judge Edward M. Chen

Edward M. Chen
United States District Judge