| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JULIE D. GARCIA (CABN 288624)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6758<br>FAX: (415) 436-7234<br>Julie.Garcia@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-393 EMC-1 |
| | ) | NO. CR 17-394 EMC-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH RIVERA, a/k/a "JOEY," | ) | STIPULATION TO CONTINUE AND EXCLUDE |
| | ) | TIME AND [PROPOSED] ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION

The above-captioned matters are set for a status conference on Thursday, March 15, 2018. For the following reasons, the parties now stipulate and respectfully request that the status conference be continued to Wednesday, April 4, 2018, at 2:30 pm, or as soon thereafter as is convenient for the Court.

Defense counsel recently produced to the government information relating to the defendant's medical condition, and the parties are now in discussions regarding what effect, if any, this information should have on the appropriate disposition of the case. The parties are working diligently toward a resolution of the case and anticipate that they will have a resolution to present to the Court by April 4, 2018. Accordingly, the parties respectfully request that the Court grant the requested continuance.

STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
Case Nos. CR 17-393 EMC-1; CR 17-394 EMC-1

1  The parties further stipulate that the time between March 14, 2018, and April 4, 2018, should be
2  excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Particularly
3  in light of defendant's health issues, discussed herein and on the record at prior hearings, excluding
4  these periods of time will allow counsel the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: March 14, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: March 14, 2018

/s/
CANDIS MITCHELL
Counsel for Defendant
JOSEPH RIVERA

| | |
|---|---|
| 1 | **[PR~~O~~OPOSED] ORDER** |
| 2 | It is hereby ORDERED that the status conference in the above-captioned matters be continued |
| 3 | from March 14, 2018, to April 4, 2018, at 2:30 pm. |
| 4 | The Court further finds that the exclusion of the period from March 14, 2018, through April 4, |
| 5 | 2018, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice |
| 6 | served by the continuance outweigh the interests of the public and the defendant in the prompt |
| 7 | disposition of this criminal case; and that the failure to grant the requested exclusion of time would |
| 8 | unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into |
| 9 | account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. |
| 10 | § 3161(h)(7)(A) and (B)(iv). |
| 11 | IT IS SO ORDERED. |

DATED: 3/14/18



_____
HON. EDWARD M. CHEN
United States District Judge

STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
Case Nos. CR 17-393 EMC-1; CR 17-394 EMC-1