ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-393 EMC-1 |
| Plaintiff, | NO. CR 17-394 EMC-1 |
| v. | |
| JOSEPH RIVERA, a/k/a "JOEY," | STIPULATION TO CONTINUE AND SET CHANGE OF PLEA HEARING AND [PR~~OPOS~~ED] ORDER |
| Defendant. | |

## STIPULATION

The above-captioned matters are set for a status conference on Wednesday, April 4, 2018. The parties now stipulate and respectfully request that the status conference be continued to Wednesday, April 18, 2018, at 2:30 pm, and set for a change of plea on that date. The parties are working toward a resolution of the case but will not have final approval in time for the change of plea to occur on April 4, 2018. Accordingly, the parties respectfully request that the Court grant the requested continuance.

//

//

//

STIPULATION TO CONTINUE AND SET CHANGE OF PLEA HEARING AND [PROPOSED] ORDER
Case Nos. CR 17-393 EMC-1; CR 17-394 EMC-1

IT IS SO STIPULATED.

DATED: March 28, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: March 28, 2018

/s/
CANDIS MITCHELL
Counsel for Defendant
JOSEPH RIVERA

## [PROPOSED] ORDER

It is hereby ORDERED that the status conference in the above-captioned matters be continued from April 4, 2018, to April 18, 2018, at 2:30 pm, and set for a change of plea on that date.

IT IS SO ORDERED.

DATED: 3/30/18

HON. EDWARD C...
United S...

*IT IS SO ORDERED*
*Judge Edward M. Chen*